**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Frank James GODINO, Defendant-Appellant.**

**No. 17-1262**

United States Court of Appeals, Eighth Circuit.

Submitted: August 16, 2017

Filed: August 22, 2017

Michelle Nahon Moulder, Asst. Fed. Public Defender, Springfield, MO (Laine

Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before WOLLMAN, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Frank Godino appeals the district court's [1] order revoking his supervised release and imposing a 10-month sentence. His counsel has moved for leave to withdraw and has filed a brief questioning the reasonableness of Godino's revocation sentence.

We conclude from our review of the record that the district court did not abuse its discretion in sentencing Godino. See United States v. Johnson, 827 F.3d 740, 744 (8th Cir. 2016) (appellate court reviews district court's revocation sentence under abuse-of-discretion standard); United States v. Larison, 432 F.3d 921, 922-24 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment).

The judgment is affirmed, and counsel is granted leave to withdraw.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

